IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Kansas City Division

| Remy Ayesh, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-00487-HFS |
| Aparium Hotel Group, LLC, | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc. 22). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

s/ HOWARD F. SACHS
Howard F. Sachs
United States District Judge

October 26, 2020
Kansas City, Missouri